IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Arkmael Ray Sales, | : | |
| --- | --- | --- |
| Plaintiff | : | Civil Action 2:11-cv-00239 |
| v. | : | Judge Marbley |
| Mr. K. Smith, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Plaintiff Arkmael Ray Sales' unopposed[1] December 30, 2011 notice of dismissal with prejudice (doc. 27), which the Court treats as a motion to dismiss under Rule 41(a)(2), Fed. R. Civ. P., is GRANTED. This action is hereby DISMISSED on plaintiff's motion with prejudice.

    s/Algenon L. Marbley
Algenon L. Marbley, Judge
United States District Court

---

[1] On December 30, 2011, defendants filed a response stating that they do not oppose dismissal with prejudice. (Doc. 28.)