IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Arkmael Ray Sales,                                    :

                 Plaintiff              :        Civil Action 2:11-cv-00239

  v.                                                 :        Judge Marbley

Mr. K. Smith, *et al.*,                               :        Magistrate Judge Abel

            Defendants               :

**ORDER**

This matter is before the Magistrate Judge on plaintiff's January 19, 2012 motion for reconsideration (doc. 35). Plaintiff asserts that he did not file the December 30, 2011 notice of dismissal. *See* doc. 31. Plaintiff's motion is GRANTED. The Clerk of Court is DIRECTED to re-open this case.

Discovery must be completed by April 30, 2012, and dispositive motions must be filed on or before June 1, 2012.

                                    s/ Mark R. Abel
                                    United States Magistrate Judge