IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Arkmael Ray Sales, :

    Plaintiff : Civil Action 2:11-cv-00239

v. : Judge Marbley

Mr. K. Smith, *et al.*, : Magistrate Judge Abel

    Defendants :

## ORDER

Defendants' June 12, 2012 motion to strike document 43 (doc. 47) is GRANTED. The Clerk of Court is DIRECTED to strike plaintiff's second motion for production of documents (doc. 43). Requests for discovery should be served on opposing counsel and are not filed with the Court. *See* Fed. R. Civ. P. 34(a).

                                                s/ Mark R. Abel
                                                United States Magistrate Judge