IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Arkmael Ray Sales, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00239 |
| v. | : | Judge Marbley |
| Mr. K. Smith, *et al.*, | : | Magistrate Judge Abel |
| Defendants | | |
| | : | |

**ORDER**

Plaintiff Arkmael Ray Sales, a state prisoner, brings this action under 42 U.S.C. § 1983. This matter is before the Court on Magistrate Judge Abel's June 22, 2012 Report and Recommendation recommending that plaintiff's June 7, 2012 motion for the issuance of an injunction (doc. 45) and June 11, 2012 supplemental motion for injunctive relief (doc. 46) be denied. No objections have been filed.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **DENIES** plaintiff Arkmael Ray Sales' June 7, 2012 motion for the issuance of an injunction (doc. 45) and June 11, 2012 supplemental motion for injunctive relief (doc. 46).

 s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge