IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| Arkmael Ray Sales, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00239 |
| | | |
| v. | : | Judge Marbley |
| | | |
| Mr. K. Smith, *et al.*, | : | Magistrate Judge Abel |
| Defendants | | |
| | : | |


**ORDER**

This matter is before the Magistrate Judge on plaintiff Arkmael Ray Sales'

August 30, 2012 motion and request for a subpoena pursuant to Rule 45 (doc. 60) and

his September 14, 2012 second motion and request for subpoena (doc. 63).

The deadline for completing discovery was June 1, 2012. Plaintiff argues that he

should not be held to the same standards as if he were an attorney, but he has failed to

demonstrate good cause for extending the discovery deadline. As a result,  plaintiff

Arkmael Ray Sales' August 30, 2012 motion and request for a subpoena pursuant to

Rule 45 (doc. 60) and September 14, 2012 second motion and request for subpoena (doc.

63) are DENIED.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and

Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days

after this Order is filed, file and serve on the opposing party a motion for

reconsideration by the District Judge.  The motion must specifically designate the

Order, or part thereof, in question and the basis for any objection thereto.  The District

Judge, upon consideration of the motion, shall set aside any part of this Order found to

be clearly erroneous or contrary to law.


                                        s/ Mark R. Abel
                                        United States Magistrate Judge